UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JACQUELINE L. SMITH** | * | **CIVIL ACTION NO. 11-0053** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiff's Petition for Attorney Fees [doc. # 20] is hereby GRANTED, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff Jacqueline L. Smith for attorneys' fees in the amount $5,340.00 (35.6 hours at $150.00 per hour) plus expenses of $74.59.

THUS DONE AND SIGNED this 17th day of July 2012, Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE